UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97-CR-155-19

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| | ) | |
| JOHN F. GARMON (19) | ) | |

**THIS MATTER** is before the Court on the Defendant's letter motion seeking early termination of supervised release/probation [doc. #1066]. Although defendant has had a few issues, he has been generally cooperative, and it appears to the court that his extreme difficulty in finding employment is exacerbated by probation, and it appears to the court that it would be in the best interest of this defendant and the United States to terminate his probation early.

**IT IS THEREFORE ORDERED** that defendant's motion is GRANTED.

Signed: October 5, 2009

Graham C. Mullen
United States District Judge